JS 44  (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Joshua Lapin

**DEFENDANTS**
Nutrisystem, Inc.; Davison Design & Development, Inc.; Renown Holdings, Inc.; John Doe Ad Network(s) 0-5

**(b)** County of Residence of First Listed Plaintiff    Minnehaha
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Montgomery
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro se; 401 E 8th St Ste 214 PMB 7452, Sioux Falls, SD 57103; (605) 305-3463

Attorneys *(If Known)*
Ronald L. Hicks, Jr., Nelson Mullins Riley & Scarborough LLP, 6 PPG Pl Ste 700, Pgh., PA 15222; (412) 730-3092

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003, 15 U.S.C. §§ 7701 et seq.
Brief description of cause:
Claims for unsolicited commercial email purportedly sent in violation of South Dakota and Florida anti-spam statutes

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
April 7, 2023

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JOSHUA LAPIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NUTRISYSTEM, INC; DAVISON | ) | No. _____ |
| DESIGN & DEVELOPMENT, INC.; | ) | |
| RENOWN HOLDINGS, INC.; and | ) | |
| JOHN DOE AD NETWORK(S) 0-5, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | Document Filed Electronically |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Renown Holdings, Inc. ("Renown"), by its undersigned counsel, hereby removes the above-captioned action from the Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania. In support of this removal, Renown states as follows:

1.      On March 20, 2023, Renown, through its undersigned counsel, received electronic notice from the Office of Judicial Records for the Court of Common Pleas of Philadelphia County, Pennsylvania ("State Court"), that Plaintiff Joshua Lapin ("Plaintiff") filed a Complaint on March 19, 2023, which was reviewed and accepted on March 20, 2023, in Case No. 230200202. As part of that electronic notice, a document styled "Notice to Defend" was included with the Complaint's filing. True and correct copies of the March 20, 2023, electronic notice, Complaint, and Notice to Defend are attached collectively hereto as Exhibit "1."

2.      Prior to electronic notice of the filing of the Complaint and Notice to Defend, Plaintiff attempted to serve Renown with a writ of summons issued on or about February 1, 2023. However, Plaintiff never arranged to have that original process served upon Renown or any of the

other originally named defendants (*i.e.*, Nutrisystem, Inc. ("Nutrisystem"), and Davison Design & Development, Inc. ("Davison")) by either deputized service as provided by Pennsylvania Rule of Civil Procedure 400(d) or by a competent adult forwarding the process to the sheriff of the county where service may be made, both of which are required by Pennsylvania Rule of Civil Procedure 400.1(a)(2).  Instead, Plaintiff engaged an adult person who served the writ of summons upon on employee or other representative of a company that leases space in the same building where Renown's office is located but who has no affiliation with or authority to accept service for Renown.  Accordingly, Plaintiff has not effectuated service of original process upon Renown.  Nor has Plaintiff filed, as required by Pennsylvania Rule of Civil Procedure 405, any proof of service of the writ of summons upon Renown, Nutrisystem, and/or Davison, to the extent any such service was accomplished.[1]

3.      Plaintiff's March 20, 2023 Complaint contains no certificate of service, and Plaintiff has not filed any separate proof of service of that pleading upon either Renown or the other named defendants which include not only Nutrisystem and Davison but also "John Doe Ad Network(s) 0-5."  *See* 3/20/23 Compl.

4.      "[C]omplaining being in receipt of unsolicited commercial emails[,] [a]ll of [which] are alleged to have been sent by third parties not named in this suit; however, each of the 'spams' … promoting the products and services of one of the instant defendants, …" Plaintiff seeks in his Complaint "statutory liquidated damages" under both the South Dakota Anti-Spam Law, SDCL 37-24-41 – 37-24-48, and Florida Electronic Mail Communications Act, Fla. Stat. §§ 668.660-668.610, for the allegedly "unsolicited commercial emails" that he purportedly received

---

[1] Renown does not concede that it has been properly served with the original process or other papers in this matter.  Instead, Renown expressly reserves its right to challenge the propriety of service and to raise all other defenses and objections to Plaintiff's claim against Renown.

4895-7207-1769 v.1 078023/01500, 10:07 AM, 04/07/2023

in June and July 2021 at an email address of "ketosoup97@gmail.com" and which separately contain marketing "graphics" of the products and services of Renown, Nutrisystem, and Davison. *See* 3/20/23 Compl., ¶¶ 1, 3-5, 17, & Exs. A, C, & D.

5.      Moreover, although he prays for relief against "Defendants for their roles in this Unsolicited Commercial Email complaint," Plaintiff sets forth no prayer for relief against the John Doe Ad Network(s) 0-5 Defendants. *See* 3/20/23 Compl., ¶ 17. Instead, in addition to seeking the "reasonable costs associated with filing and maintaining this action and for service of process," Plaintiff's Complaint seeks separate "statutory liquidated damages" against Renown, Nutrisystem, and Davison as follows:  $10,500 from Renown; $3,000 from Nutrisystem; and $22,500 from Davison. *Id.*

6.      In his Complaint, Plaintiff acknowledges that Renown, Nutrisystem, Davison, and the John Doe Ad Network(s) 0-5 did not send or initiate any of the email messages in question. *See* 3/20/23 Compl., ¶¶ 1 & 9. Instead, the named Defendants are alleged to have been "extreme[ly] negligen[t] in an area of law that is regulated federally through the CAN-SPAM Act of 2003,[2] and through state-level spam laws in at *least* 36 states[.]" *Id.* at ¶11. The Defendants' alleged negligence consists of their lack of knowledge of who actually sent the messages which, as Plaintiff asserts, contain in their "from line" a "from domain" that "is registered with falsified and/or misrepresented WHOIS data, calculated to impair the ability of the recipient to identify, locate, or respond to the person who initiated the message." *Id.* at ¶ 10.  Together with the fact that the sender's identity is purportedly not made available from the domains themselves or in the body of the purported spam messages, this allegedly falsified "from domain" data "forms the basis of

---

[2] The full name of this federal legislation is the Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003 which is codified at 15 U.S.C. §§ 7701 *et seq.*

4

[Plaintiff's] allegation that all of the spams at issue have falsified or misrepresented headers, as is relevant to the South Dakota cause of action at SDCL 37-24-47(2),[3] and the Floridian cause of action at 668.603(1)(b)." *Id.* at ¶¶ 10-16.

7.      The CAN-SPAM Act contains an express preemption provision:

> This chapter supersedes any statute, regulation, or rule of state law ... that expressly regulates the use of electronic mail to send commercial messages, except to the extent any such statute, regulation, or rule prohibits falsity or deception in any portion of a commercial electronic mail message or attached information thereto.

15 U.S.C. § 7707(b)(1).

8.      Courts have consistently held that this broad preemption clause "demonstrates Congress's intent that the CAN-SPAM Act broadly preempt state regulation of commercial e- mail" and that the "falsity or deception" requirement, to fall outside of the preemption provision, must rise to the level of common law fraud. *Gordon v. Virtumundo, Inc.*, 575 F.3d 1040, 1061-64 (9th Cir. 2009) (CAN-Spam Act preempts claims under Washington's Commercial Electronic Mail Act regarding e-mails with header information that allegedly "misrepresent[ed] or obsur[ed] the sender's identity or other); *Gordon v. BMG Columbia House, Inc.*, 459 Fed. Appx. 683, 684 (9th Cir. 2011) (same); *Ferguson v. Active Response Group*, 348 Fed. Appx. 255, 256 (9th Cir. 2009) (same); *Omega World Travel, Inc. v. Mummagraphics, Inc.*, 469 F.3d 348, 358 (4th Cir.

---

[3] In Paragraph 15 of his Complaint, Plaintiff acknowledges that the United States District Court of the District of South Dakota has ruled that he was not a resident of South Dakota in 2021 when he purportedly received approximately 108 email messages containing graphics involving EverQuote, Inc., and thus lacked standing to sue for purported violations of SDCL 37-24-47. *See* 3/20/23 Compl., ¶ 15. Also, this Court can take judicial notice that Plaintiff's attempt to sue parties that did not send alleged unsolicited commercial email but whose graphics appeared on those messages for alleged violations of the South Dakota anti-spam law were rejected by the United States District Court for the District of Idaho as failing to state a claim as a matter of law. *See Lapin v. Jones*, Case No. 1:22-cv-00011-DCN, 2022 WL 10067514, 2022 U.S. Dist. LEXIS 189467, at *9-*10 (D. Id. Oct. 14, 2022).

2006) (same for claims under Oklahoma law concerning emails allegedly containing technical inaccuracies in the header information and being sent to recipients who opted out); *Martin* v. *CCH, Inc.,* 784 F. Supp. 2d 1000, 1006-8 (N.D. Ill. 2011) (CAN-SPAM Act preempts claims that email subject lines allegedly contained misrepresentations and omissions and were misleading under the Illinois Electronic Mail Act); *Hafke v. Rossdale Grp.*, Case No. 1:11-CV-220, 2011 WL 4758768, at *4 (W.D. Mich. Oct. 7, 2011) (CAN-SPAM act preempts claims that emails allegedly failed to provide sender's legal name and misrepresented information identifying the point of origin or transmission path of the emails purportedly in violation of Michigan's Unsolicited Commercial E–Mail Protection Act); *Ferron v. Echostar Satellite, LLC,* No. 2:06–cv–00453, 2008 WL 4377309 (S.D. Ohio Sept.24, 2008) (CAN-SPAM act preempts claims for emails alleged to violate the Ohio Electronic Mail Advertisements Act because they failed to include a name, residential or business address, or electronic address).

9.      In his March 20, 2023, Complaint, Plaintiff does not assert any claim for common law fraud concerning any of the alleged spam, including without limitation the seven email messages involving Renown's Yes Card marketing graphics. Instead, he asserts merely claims that are no different from those which other courts have held to be completely preempted by the CAN-SPAM Act. *See infra*, ¶ 8.

10.      Under the complete preemption doctrine, Plaintiff's action arises under the laws of the United States. *See, e.g., Aetna Health Inc. v. Davila*, 542 U.S. 200, 207-8 (2004); *Beneficial Nat'l Bank v. Anderson*, 539 U.S. 1, 8 (2003); *Oneida Indian Nation v. County of Oneida*, 414 U.S. 661, 667 (1974); *Bastien v. AT&T Wireless Servs.*, 205 F.3d 983, 986-87 (7th Cir. 2000); *Gaming Corp. of Am. V. Dorsey & Whitney*, 88 F.3d 536, 543 (8th Cir. 1996).

6

11.     Accordingly, this action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a), in that this Court has federal question jurisdiction under the CAN-SPAM Act which expressly preempts Plaintiff's action. *See Hafke*, 2011 WL 4758768, at *4.

12.     This Notice is timely as it has been filed within thirty days of electronic service of Plaintiff's March 20, 2023, Complaint. *See* 28 U.S.C. § 1446(b).

13.     This Court is part of the "district and division embracing the place where" the Plaintiff's state court action was filed. Accordingly, this Court is the correct location for removal. *See* 28 U.S.C. § 1446(b).

14.     Pursuant to 28 U.S.C. § 1446(a), copies "of all process, pleadings, and orders" in Plaintiff's state court action are attached hereto as Exhibit 1. Renown has not answered or otherwise responded to Plaintiff's March 20, 2023, Complaint.

15.     The only other "process, pleadings, and orders" known to exist is the February 1, 2023 writ of summons (which Renown disputes has been properly served upon it) and the February 17, 2023 rule to file complaint.  Copies of that writ of summons and rule to file complaint and copies of the docket in Philadelphia Court of Common Pleas Case No. 230200202 as of April 7, 2023, are attached hereto, marked respectively as Exhibits 2, 3, and 4.

16.     As his March 20, 2023, Complaint confirms, Plaintiff is not seeking any damages against the John Doe Ad Network(s) 0-5 Defendants. Moreover, the claims that he has asserted against Renown, Nutrisystem, and Davison are separate, distinct, and independent ones, in that Renown has been sued for only the seven email messages involving its YesCard graphic, Nutrisystem has been sued for only the two email messages  involving its "Eat The Food Lose The

7

Weight" graphic, and Davidson has been sued for only the fifteen email messages involving its marketing graphics. *See* 3/20/23 Compl., ¶ 17. Therefore, the unanimous consent of all Defendants to this removal is not required. *See DiLoreto v. Costigan*, Nos. Civ.A. 08-989 & 08-990, 2008 WL 4072813, at *2 (E.D. Pa. Aug. 29, 2008) ("A removing defendant need not join a co-defendant … against whom only separate and independent … claims are pending.")

17.     Further, as the state court docket reflects, no other Defendant has entered an appearance in the matter, and it is unknown whether Plaintiff has effectuated service of the original process or the Complaint and Notice to Defend upon the other Defendants. Indeed, the March 19, 2023 Complaint has no certificate of service attached to it.  *See* 3/20/23 Compl. Accordingly, no other consent to this removal is required. *See DiLoreto*, 2008 WL 4072813, at *2 ("A removing defendant need not join a co-defendant who has not been served …").

18.     Moreover, Plaintiff states in his Complaint that "Nutrisystem and Plaintiff are on the brink of a confidential resolution of the portion of this complaint which involves Nutrisystem." *See* 3/20/23 Compl., ¶ 4. On April 4, 2023, Renown inquired of Plaintiff about the status of his claims against Nutrisystem and the identity of the person with whom Plaintiff has been having discussion, so that Renown could talk with Nutrisystem. Prior to the filing of this removal, Plaintiff never responded to Renown's inquiry. Therefore, Renown has no knowledge, in the exercise of reasonable diligence, whether Nutrisystem has been served or remains a party to the Complaint; such that its consent to this removal is not required.  *See DiLoreto*, 2008 WL 4072813, at *2 ("A removing defendant need not join a co-defendant who … is merely a nominal party …."); *id.* at *4 ("[A] defendant is required to obtain consent only from those codefendants who it knew or should have known, in the exercise of reasonable diligence, had been served," quoting *Laurie v. Nat'l R.R. Passenger Corp.*, No. Civ.A. 01-6145, 2001 WL 34377958, at *1 (E.D. Pa. Mar. 13, 2001)).

8

19.     Finally, through the exercise of reasonable diligence, Renown has been able to speak with Mr. George Crompton, who serves as General Counsel for Davison. Like Renown, Davison disputes that it has been properly served with either original process or the Complaint and Notice to Defend filed on March 19, 2023 and accepted by the state court on March 20, 2023. Nevertheless, Mr. Crompton has advised that to the extent required, Davison consents to the removal of this action to this Court. Accordingly, affixed hereto following the signature of Renown's counsel is Mr. Crompton's signature reflecting Davison's consent to this removal.

20.     A copy of this Notice of Removal is being filed with the Department of Judicial Records for the Court of Common Pleas of Philadelphia County and is being served upon the Plaintiff, consistent with 28 U.S.C. § 1446(a) and (d).

WHEREFORE, Renown respectfully removes this action to the United States District Court for the Eastern District of Pennsylvania for further proceedings pursuant to this Notice.

Respectfully Submitted,

Dated:  April 7, 2023

/s/ *Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr. (PA ID #49520)
ronald.hicks@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Six PPG Place, Suite 700
Pittsburgh, PA 15222
(412) 730-4050

*Attorneys for Defendant*
*Renown Holdings, Inc.*

Consented To:

Dated:  April 7, 2023

*/s/ George Henry Crompton*
George Henry Crompton (PA ID 63201)
crompton.george@5dsvs.com

9

5D Services, LLC
585 Alpha Drive RIDC Park
Pittsburgh, PA 15238
(412) 785-0780

*General Counsel*
*Davison Design & Development, Inc.*

4895-7207-1769 v.1 078023/01500, 10:07 AM, 04/07/2023

**Exhibit "1"**

## Ronald Hicks

| | |
|---|---|
| **From:** | cp-efiling@courts.phila.gov |
| **Sent:** | Monday, March 20, 2023 10:41 AM |
| **To:** | Ronald Hicks |
| **Subject:** | Notice of an E-Filing on Case #230200202 |

**◄External Email►** - From: cp-efiling@courts.phila.gov



Dear Ronald L. Hicks,

A legal paper has been filed electronically in connection with a
Trial Division - Civil case in which you are counsel of record for
a party, or you are an unrepresented party, and have consented to
be served electronically with any pleading (other than original
process) as provided in Pa.R.C.P. No. 205.4 and Philadelphia Civil
*Rule No. 205.4.

Filed as noted below. The following information is provided for
your records:

Caption:
LAPIN VS NUTRISYSTEM INC ETAL
Case Number: 230200202

Date Reviewed and Accepted:
March 20, 2023 10:40 am EDT/DST

Date Presented to the Office of Judicial Records for Filing
and Date Deemed Filed:
March 19, 2023 04:37 pm EDT/DST
Type of Pleading/Legal Paper:
COMPLAINT FILED NOTICE GIVEN
E-File No.: 2303042036

To retrieve the legal paper filed and any related notice, order or
legal paper, log in to the Electronic Filing Web Site at
http://courts.phila.gov using the Court-issued User Name and Password.
You may also go directly to the legal paper/document by copying and
pasting the following web address(es) into your browser or by clicking
the link(s) below to view the related document(s). Each link represents
a separate document filed in connection with this matter. Utilizing the
link(s) below will only take you to the actual document. You will not
be logged into the court's electronic filing system.

Notice-to-Defend-10-284.pdf
https://fjdefile.phila.gov/efsfjd/zk_ealib.open_doc?h=LmXmMof4k3w96II

PA_Case_Original_Complaint_With_Exhibits_Signed.pdf
https://fjdefile.phila.gov/efsfjd/zk_ealib.open_doc?h=MnXlLog5k2v97Jk

THANK YOU,

ERIC FEDER
DEPUTY COURT ADMINISTRATOR
DIRECTOR, OFFICE OF JUDICIAL RECORDS

D I S C L A I M E R
-----------------------------------------------------------------
The First Judicial District will use your electronic mail address
and other personal information only for purposes of Electronic
Filing as authorized by Pa. R.C.P. 205.4 and Philadelphia Civil
*Rule 205.4.

Use of the Electronic Filing System constitutes an acknowledgment
that the user has read the Electronic Filing Rules and Disclaimer
and agrees to comply with same.

-----------------------------------------------------------------

This is an automated e-mail, please do not respond!



Joshua Lapin, Pro Se Plaintiff

401 E 8th ST
STE 214 PMB 7452
Sioux Falls SD 57103

Email: thehebrewhammerjosh@gmail.com

Facsimile: (605) 305-3464

Filed and Attested by the
Office of Judicial Records
19 MAR 2023 04:37 pm
B. MERCEDES

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**

| | |
|---|---|
| Joshua Lapin | Case No.: 230200202 |
| Plaintiff, | **ORIGINAL COMPLAINT FOR DAMAGES** |
| vs. | |
| Davison Design & Development Inc | **South Dakota Spam Law (SDCL 37-24-41)** |
| Nutrisystem Inc | **Florida Anti-Spam Law (§ 668.603)** |
| Renown Holdings Inc | |
| John Doe Ad Network(s) 0-5 | |

## **COMPLAINT**

1. COMES NOW Plaintiff Joshua Lapin, pro se, complaining being in receipt of unsolicited commercial emails.  All of the emails are alleged to have been sent by third parties not named in this suit; however, each of the "spams" were promoting the products and services of one of the instant defendants, all of whom are hereinafter dubbed ("Advertisers") as defined in South Dakota's spam law at SDCL 37-24-41(1), "'Advertiser,'" a person or entity that advertises through the use of commercial e-mail advertisements."  Each advertiser is also alleged and considered to have "assist[ed]in the transmission" of the spams which promote their products and services, whereas the quoted phrase adopts the definition in the Florida Electronic Mail Communications Act, as codified in 668.602(2), "Assist in the transmission" means to provide substantial assistance or support that

Case ID: 230200202
Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

1  enables a person to formulate, compose, send, originate, initiate, or transmit a commercial

2  electronic mail message when the person providing the assistance knows or has reason to know that

3  the initiator of the commercial electronic mail message is engaged in or intends to engage in a

4  practice that violates this chapter."

5

6  ## **PARTIES**

7  2.  Plaintiff Joshua Lapin is and was at all times material a citizen of the United States and a

8  resident of South Dakota.  At the times of the receipt of this spam, he was traveling the world as a

9  "digital nomad," moving from state to state, then country to country, in 30 day cycles.  He has since

10  returned to South Dakota in January of 2023.

11  3.  Renown Holdings Inc "Renown," as best known to plaintiff, is and was at all times material a

12  corporation formed under the laws of Pennsylvania with its principal place of business in

13  Uniontown, PA.  Upon information and belief, it offers sub-prime credit cards to those with less

14  than stellar credit (which admittedly includes the instant plaintiff).  Renown stands accused of

15  "Advertising" and "assist[ing]in the transmission" of 7 spams which promote its "Yes Card"

16  product, an example of which is attached hereto as Exhibit A.  Renown Holdings Inc is alleged to

17  transact business throughout Pennsylvania, including Philadelphia County, as it targets consumers

18  through both lawful and unlawful means on a nationwide basis.

19  4.  Nutrisystem Inc "Nutrisystem," as best known to plaintiff, is and was at all times material a

20  corporation formed under the laws of Delaware with its principal place of business in Fort

21  Washington, Pennsylvania.  However, it has apparently been acquired and/or sold multiple times in

22  recent history, and a google search for "Nutrisystem Headquarters" reveals Philadelphia in big font

23  (Exhibit B), and this served as plaintiff's basis for venuing this action.  It has been brought to my

24  attention that Nutrisystem is actually principled in Fort Washington, PA.  Nonetheless, upon

25  information and belief, Nutrisystem and Plaintiff are on the brink of a confidential resolution of the

26  portion of this complaint which involves Nutrisystem,  Notwithstanding the above, in conjunction

27  with the fact that today is the final day for plaintiff to file a complaint pursuant to the Praecipe  For

28

2

COMPLAINT

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

a Rule To File a Complaint, plaintiff is filing the complaint in the already-filed case, and will reach out to council for the remaining two defendants shortly, in an attempt to stipulate to an agreeable venue, ideally without engaging in needless motions practice and respecting judicial economy.  In any event, Nutrisystem appears to have at least five stores in Philadelphia, therefore transacts business in Philadelphia, and venue is proper (albeit not "rock solid") on this basis alone. Nutrisystem is accused of "Advertising" and "assist[ing]in the transmission" in 2 spams which promote its products and services, an example of which is attached as Exhibit C.

5.   Davison Design and Development Inc "Davison," as best known to plaintiff, is and was at all times material a corporation formed under the laws of Pennsylvania with its principal place of business in Pittsburgh.  It stands accused of "advertising" and "assist[ing]in the transmission" of 15 spams which promote its "invention help" services, as poorly summarized by the plaintiff.  An examples of these are attached as Exhibit D.

6.  John Doe Ad Network(s) 0-5 are intermediar(ies) alleged to have contracted with the non-doe defendants in order to help them promote their products and services.  However,  John Doe Ad Network(s) 0-5 are not alleged to have sent any of the spams themselves, rather, they are alleged to turn around to their publisher(s) who, in turn, promote the "creative materials" from the companies who have something to sell, to the benefit of everyone "in the chain."  Therefore, the actual sender would be a third party of John Doe Ad Network(s) 0-5, and a *fourth* party of the named, non-doe defendants.

## FACTS

7.  Each of the spams are alleged to advertise the products/services of one of the named defendants.

8.  The attached exhibits, save exhibit B, are true and correct preservations of those spams.

9.  The named defendants are NOT alleged to have "sent," or "initiated" any of the spams themselves.  Rather, they are alleged to have contracted with one or more of the  John Doe Ad Network(s) 0-5, whose publisher actually sent the spams.

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

10.  The 'from domain' in the from line is registered with falsified and/or misrepresented WHOIS data, calculated to impair the ability of the recipient to identify, locate, or respond to the person who initiated the message.  Nor is the sender's identity made available from the domain names themselves or in the body of the spams; this forms the basis of the allegation that all of the spams at issue have falsified or misrepresented headers, as-is relevant to the South Dakotan cause of action at SDCL 37-24-47(2), and the Floridian cause of action at 668.603(1)(b).

11.  The spams at issue were sent 'from a computer located in this state [Florida]' because the sender registered the 'from domains' at Ft. Lauderdale, Florida based domain registrar "Moniker Online Services LLC", "Moniker,"and utilized Florida-based Moniker's DNS Servers and hosting services for the domains from which the spams were sent.  This forms the basis for the relevance of Florida's spam law to the Pennsylvanian defendants.  See 668.603(1), as well as the definition (and allegation) of "assist in transmission" as defined in 668.602(2).  As to the latter, the named non-doe defendants assisted in transmission of these spams by "...provid[ing] substantial assistance or support that enables a person to **formulate**, **compose**, send, **originate**, initiate, or transmit a commercial electronic mail message when the person providing the assistance knows or has reason to know that the initiator of the commercial electronic mail message is engaged in or intends to engage in a practice that violates this chapter." 668.602(2).  The non-doe defendants are accused of knowingly providing their marketing "graphics" to third party John-Doe Ad Network(s), with the full knowledge and contractual expectation that an unknown-to-them fourth party "publisher" would send the spams.  As the non-Doe Defendants appear to have no idea who the fourth party is, they can be alleged to have relinquish(ed) any/all control over the headers of the spams, nor have any knowledge of the identity of the sender through an apparent "double-blind" system.  In fact, the named defendants seem to be struggling to identify the *third* party [John Doe Ad Network(s) ], as

Case ID: 230200202
Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

they have been called upon to do in the pre-complaint discovery served alongside the writ, much less the *fourth* party who actually sent the spams.  Renown even admits the same in its "OBJECTIONS AND ANSWERS TO PRE-COMPLAINT DISCOVERY DIRECTED TO RENOWN HOLDINGS, INC." This level of extreme negligence in an area of law that is regulated federally through the CAN-SPAM Act of 2003, and through state-level spam laws in at *least* 36 states, amounts to willful misconduct.  See also 668.601 – Legislative Intent - This part is intended to promote the integrity of electronic commerce and shall be *construed liberally* in order to protect the public and legitimate businesses from deceptive and unsolicited commercial electronic mail.  In combination with the imposition of liability onto those who "assist in transmission" by formulating, composing, and originating spams, AND the imposition of liability onto those who spam Florida residents AND those who spam [others] from a computer located in Florida, it is all-the-more-clear that the FL legislature intended to impose liability onto those who spam, or conspire to spam (the whole world), from Floridian computer systems.

12.  While the 'from domains' were registered from a Floridian domain registrar, and the DNS Servers and e-mail services of those domains are also Floridian, it is also alleged that the actual sender of these spams transmitted them through the use-and-abuse of the following two email marketing platforms:

A:  Aurea Email Marketing: Lyris Inc and its parent company Aurea Inc ("Aurea")

B:  Keap:  Infusion Software, Inc dba Keap ("Keap").

13.  The sender funneled the Floridian domains through account(s) that they made at these platforms, who then transmitted the spams onto the recipients.  Those email marketing platforms

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

have strict, clear, anti-spam policies in their terms of service agreements, to which they must have

agreed.  For Aurea, this is called the "Terms of Use." For Keap, this is called the Acceptable Use

Policy (AUP).

The Keap Acceptable Use Policy contains all of the following terms which were violated:

A)  All email lists used in conjunction with the services provided by Us are required to be 100%

solicited (opt-in) lists…

B)  Bartering, purchasing or renting lists of names and sending e-mails to those people is strictly

prohibited, and marketing lists containing email addresses cannot be shared/duplicated/transferred

between Our individual applications.

C)  You may not use the Services to, nor allow its users or

any third-party to use the Service to: Generate or facilitate unsolicited commercial email

(spam), including without limitation:  sending communications or email in violation of the CAN-

SPAM Act or any other applicable anti-spam law or regulation; sending unauthorized mail via open,

third-party servers; sending email to users who have requested to be removed from a mailing list;

marketing to any lists whose recipients did not express explicit consent to receive such marketing

material; selling to, exchanging with, sharing with or distributing to a third party personal

information, including the email addresses of any person without such person's knowing

and continued consent to such disclosure; or sending unsolicited emails to significant numbers of

email addresses belonging to individuals and/or entities with whom you have no preexisting

relationship...[inter alia]...Create a false identity for the purpose of misleading others, impersonate

another person, entity or Us (via the use of an email addressor otherwise) or otherwise misrepresent

the source of any communication….[inter alia]...Generate or facilitate any communications

(including without limitation, SMS, MMS, or other text messages, calls, faxes, or push

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

notifications) in violation of the Telephone Consumer Protection Act, the Do-Not-Call

Implementation Act, or any other applicable law including anti-spam, telemarketing or telephone

consumer protection laws or regulations. Violate any applicable policy, terms of use, or agreement

with Us, including without limitation, Our Terms of Use, the Click to Call / Click to Text Beta

Service Terms of Use, and DMCA Policy, as may be updated or amended from time to time; or

Violate any other applicable laws or regulations.

D) You may not, and may not allow any third-party, including Your users, to use the Services to

display, store, process or transmit, or permit use of Services to display, store, process or transmit

(collectively the "Prohibited Material"): Material that infringes or misappropriates, or uses without

appropriate consent, a third party's intellectual property or proprietary rights;...[inter alia]…

As to Aurea, its Terms of Use Agreement contains the following provisions which were violated:

A)  Customer may not use the Services to send unsolicited

email, whether it be commercial or non-commercial, and/or commercial email containing any

deceptive, unsubstantiated, or unfair marketing claim (collectively, "Spam").

B)  Customer's email will be considered unsolicited if Customer's membership addresses are not

100% opt-in by Customer's members. If Customer's email addresses came from harvesting, a

purchased email list, another mailing list (even with the approval of t he ot her list owner or Service

Provider), or are compiled by any method other than by direct subscription from Customer's

members, then all messages sent to such addresses will be considered Spam under these Terms of

Use.

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

C) Customer's email will be considered Spam if it: (i) contains one or more deceptive or unsubstantiated claims regarding products or services; and/or (ii) furthers, constitutes, or consists of an unfair business practice.

D) [Under "Other Unacceptable Uses"]  "Send email with an invalid "From:" or "Reply-to:" address. All messages posted to Customer's list must contain valid email addresses that accurately reflect the sender's identity."

E) Transmit any unlawful, harmful, threatening, abusive, harassing, defamatory, vulgar, obscene, or hateful content or content that is racially, ethnically, or otherwise objectionable, or that infringes **upon the rights of any third party** [Paragraphs 8-12], as determined by Service Provider.

F)  Impersonate any person, including, but not limited to, an official of Service Provider or an information provider, or communicate under a false name or a name t hat Customer is not entitled or authorized to use.

G) Intentionally or unintentionally violate any applicable local, state, national, or international law, including, but not limited to, any regulations having t he force of law.

H) Customer agrees to use the Services only for lawful purposes.

The sender disregarded these conditions and funneled the Floridian domain names through their account(s) at these two marketing platforms, such that the 'from line' would consist of those Floridian domain names, and the recipients would be rendered helpless to identify who is sending them unlawful spams with misrepresented headers.  Each spam's call to action contains a "clickable link," which is a URL owned by one of the email marketing platforms of Aurea or Keap.  For Keap, it looks something like this: https://fk934.infusion-links.com/api/v1/click/4967282494537728/4604439912906752.

Case ID: 230200202
Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

For Aurea, it looks something like this:

http://www.uptilt.com/c.html?ufl=7&rtr=on&s=lmzp,2r8uz,5mvg,2j59,5fbx,abrp,iyxi&EMAIL_A

DDRESS=ketosoup97@gmail.com.

14.  Since these spams were transmitted through these platforms in violation of their terms of

service and acceptable use agreements, and those platforms expressly forbid the use of their services

(which includes but is not limited to their "clickable link" domains) in this manner, this forms the

basis for the allegation that the non-doe defendants "advertised in a commercial e-mail

advertisement...sent to a South Dakota electronic mail address...[which]...contains or is

accompanied by a third-party's domain name without the permission of the third party," as-is

relevant to the allegation of SDCL 37-24-37(1) and Florida's 668.603(1)(a).

15.  Plaintiff's email address is and was at all times material a "South Dakota electronic mail

address" for the purposes of the South Dakotan cause of action because plaintiff Joshua Lapin is

and was at all times material a legal resident of the state of South Dakota for the purposes of SDCL

37-24-41(14)(C).  Plaintiff feels obligated to disclose that a Federal Judge in South Dakota, AFTER

plaintiff filed the writ of execution but prior to the filing of this complaint, did find him to be not a

resident for the purposes of SDCL 37-24-41(14)(C), in *Lapin v. EverQuote Inc.*, 4:22-CV-04058-

KES (D.S.D. Feb. 17, 2023), Dkt. 23.  However, the judge in that case did not have the knowledge

that I returned to South Dakota five weeks prior to her issuing this ruling, and plaintiff is finalizing

a strong motion to reconsider the dismissal under FRCP 59(e), in which he expects to reverse the

dismissal.  Separately, this court is not bound to the South Dakota Federal Court's "prediction" of

the South Dakota Supreme Court handling of plaintiff's standing for the purposes of SDCL 37-24-

41(14)(C), and is free to reach a contrary conclusion.  Finally on this matter, the Floridian cause of

action is not dependent on the residency of the recipient, and stands independently of the South

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

Dakotan cause-of-action; the same discovery against the same defendants remains necessary in order to best-state a claim, rendering the pending discovery necessary regardless.

16. In summary of the allegations against the non-doe defendants:

"Advertised" in, and "Assist[ed] In [The] Transmission" of Unsolicited Commercial Emails that were sent from a computer located in Florida AND to a "South Dakota Electronic Mail Address" which:

A)   had falsified and/or misrepresented headers for the purposes of the South Dakotan cause of action at SDCL 37-24-47(2), and the Floridian cause of action at 668.603(1)(b).

B)  were accompanied by a third party's domain name without the permission of the third party for the purposes of the South Dakotan cause of action at SDCL 37-24-37(1) and Florida's 668.603(1)(a).

## **PRAYER FOR RELIEF**

17.  Plaintiff prays that the court grant relief against Defendants for their roles in this Unsolicited Commercial Email complaint, as described throughout this complaint, by entering judgment as follows:

Renown Holdings Inc: $1000 statutory liquidated damages pursuant to 37-24-48(2), X 7 separate unsolicited commercial emails = $7,000.  $500 statutory liquidated damages pursuant to 668.606(3)(b) X 7 unsolicited commercial emails = $3,500.  In total: $10,500.  Further, pursuant to

Case ID: 230200202
Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

both causes of action, plaintiff seeks the reasonable costs associated with filing and maintaining this action, and for service of process.

Nutrisystem Inc: $1000 statutory liquidated damages pursuant to 37-24-48(2), X 2 separate unsolicited commercial emails = $2,000.  $500 statutory liquidated damages pursuant to 668.606(3)(b) X 2 unsolicited commercial emails = $1,000.  In total: $3,000.  Further, pursuant to both causes of action, plaintiff seeks the reasonable costs associated with filing and maintaining this action, and for service of process.

Davison Design & Development Inc: $1000 statutory liquidated damages pursuant to 37-24-48(2), X 15 separate unsolicited commercial emails = $15,000.  $500 statutory liquidated damages pursuant to 668.606(3)(b) X 15 unsolicited commercial emails = $7,500.  In total: $22,500  Further, pursuant to both causes of action, plaintiff seeks the reasonable costs associated with filing and maintaining this action, and for service of process.

Note: Recovery under both statutes is permissible due to the "cumulative" remedies clause 668.610.

18. Jurisdiction is proper in the Pennsylvanian Court of Common Pleas because all non-doe defendants are incorporated and/or principled in the Commonwealth of Pennsylvania.

19.  Venue was thought to be proper because plaintiff operated on the google-able information that Nutrisystem was principled in Philadelphia, not Fort Worth.  However, all defendants are alleged to transact business in Philadelphia County, and plaintiff intends to stipulate with the remaining defendants an agreeable venue, in the event that Philadelphia is found to be improper. Ref ¶ 4.

Joshua Lapin, pro se plaintiff

*Joshua Lapin*

03 / 09 / 2023

Case ID: 230200202
Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

# EXHIBIT

# A

Case ID: 230200202

**Subject**: Your approval is guaranteed
**From**: Yes Card <newsletter@rumorfox.com>
**To**: Joshua Lapin <ketosoup97@gmail.com>
**Date Sent**: Tuesday, July 6, 2021 6:25:47 AM GMT+03:00
**Date Received**: Tuesday, July 6, 2021 6:36:38 AM GMT+03:00



To stop receiving messages, please visit here or send request to:
Yes Card Services
PO Box 757, Hopwood, PA 15445

This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**Subject**: No credit check, guaranteed approval
**From**: Yes Card <info@jobsdeliver.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Saturday, June 26, 2021 3:33:20 PM GMT+03:00
**Date Received**: Saturday, June 26, 2021 3:33:21 PM GMT+03:00



To stop receiving messages, please visit here or send request to:
Yes Card Services
POBox757HopwoodPA15445

If you no longer wish to receive our emails, click the link below:
 Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United States

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**Subject**: Guaranteed $1000 credit line
**From**: Yes Card <info@jobsdeliver.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tuesday, July 13, 2021 9:32:06 PM GMT+03:00
**Date Received**: Tuesday, July 13, 2021 9:32:09 PM GMT+03:00



To stop receiving messages, please visit here or send request to:
YesCardServices
POBox75HopwoodPA15445

If you no longer wish to receive our emails, click the link below:
 Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United States

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**Subject**: Instant Approval
**From**: Yes Card <info@jobsdeliver.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Friday, July 9, 2021 4:32:06 PM GMT+03:00
**Date Received**: Friday, July 9, 2021 4:32:22 PM GMT+03:00



To stop receiving messages, please visit here or send request to:
YesCardServices
POBox757HopwoodPA15445

If you no longer wish to receive our emails, click the link below:
 Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United States

**Subject**: No credit check, guaranteed approval
**From**: Yes Card <info@jobsdeliver.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Saturday, July 24, 2021 1:34:45 AM GMT+03:00
**Date Received**: Saturday, July 24, 2021 1:34:47 AM GMT+03:00



To stop receiving messages, please visit here or send request to:
YesCardServices
POBox757HopwoodPA15445

If you no longer wish to receive our emails, click the link below:
 Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United States

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**Subject**: Guaranteed $1000 credit line
**From**: Yes Card Services <info@jobsdeliver.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Monday, July 19, 2021 11:34:11 PM GMT+03:00
**Date Received**: Monday, July 19, 2021 11:34:13 PM GMT+03:00



To stop receiving messages, please visit here or send request to:
YesCardServices
POBox757HopwoodPA15445

If you no longer wish to receive our emails, click the link below:
 Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United States

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**Subject**: Instant approval $1000 credit line
**From**: Yes Card Services <info@jobsdeliver.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Wednesday, July 28, 2021 1:31:55 AM GMT+03:00
**Date Received**: Wednesday, July 28, 2021 1:31:57 AM GMT+03:00



To stop receiving messages, please visit here or send request to:
Yes Card Services
PO Box 757, Hopwood, PA 15445

If you no longer wish to receive our emails, click the link below:
 Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United States

# EXHIBIT

# B

Case ID: 230200202

3/9/23, 1:31 PM

nutrisystem headquarters - Google Search



Case ID: 230200202

# EXHIBIT

# C

Case ID: 230200202

**Subject**: Jumpstart your weight loss and healthy Lifestyle
**From**: Nutrisystem Discount <info@jobsharknl.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tuesday, July 6, 2021 11:45:43 AM GMT+03:00
**Date Received**: Tuesday, July 6, 2021 11:45:45 AM GMT+03:00

This Is A 3rd Party Advertisement
View as HTML

 



To be put on the "Do Not Email" list for Nutrisystem. click here.
Or mail your request to:
PO Box 4668 #85919
New York, NY 10163-4668

Unsubscribe

Job Shark PO Box 10188-85919 Newark, New Jersey 07101 United States

**Subject**: Jumpstart your weight loss and healthy lifestyle
**From**: Nutrisystem Discount <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thursday, July 8, 2021 6:18:57 AM GMT+03:00
**Date Received**: Thursday, July 8, 2021 6:19:00 AM GMT+03:00

This Is A 3rd Party Advertisement
View as HTML



To be put on the "Do Not Email" list for Nutrisystem. click here.Or mail your request to:PO Box 4668 #85919New York, NY 10163-4668

Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

# EXHIBIT

# D

Case ID: 230200202

**Subject**: Ideas & Inventions Wanted
**From**: Davison <newsletter@rumorfox.com>
**To**: Joshua Lapin <ketosoup97@gmail.com>
**Date Sent**: Thursday, July 8, 2021 5:55:44 AM GMT+03:00
**Date Received**: Thursday, July 8, 2021 6:04:11 AM GMT+03:00

Turn Your Idea into a Product - 100% Confidential



By definition, evolution is the process of gradual and continuous change or development. In many respects the same can be said for inventing. All inventions are not brand new ideas. Many new products evolve from one model to another; advancing their design, capabilities and function.

**At Davison, our Inventing Method is applied to helping products and ideas evolve.** If you have a new or product improvement idea, we'd like to speak with you about it. We build ideas into products and present them to corporations. Our products have sold in Lowe's, Bed Bath & Beyond, Crate & Barrel, Jo-Ann Fabrics, Walmart and over 1,000 more.



At Davison, our Inventing Method is applied to helping products and ideas evolve. If you have a new or product improvement idea, we'd like to speak with you about it. We build ideas into products and present them to corporations. Our products have sold in Lowe's, Bed Bath & Beyond, Crate & Barrel, Jo-Ann Fabrics, Walmart and over 1,000 more.

If you would no longer like to receive advertisement from us, click here

Or write to: | 595 Alpha Drive Pittsburgh, PA 15238

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**Subject**: Don't wait to create, make your ideas reality
**From**: Davison <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Monday, July 12, 2021 3:53:24 AM GMT+03:00
**Date Received**: Monday, July 12, 2021 3:53:26 AM GMT+03:00



    

   

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857



Davison charges fees for services. Davison's service typically does not result
in a license agreeement, sales on any market or profit to the inventor.

To unsubscribe please go here
595 Alpha Drive Pittsburgh, PA 15238

Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**Subject**: Have An Invention Or Product Idea?
**From**: Davison <updates@expectcarecare.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Monday, June 14, 2021 5:10:22 AM GMT+03:00
**Date Received**: Monday, June 14, 2021 5:18:49 AM GMT+03:00

To Opt-out please go here

595 Alpha Drive Pittsburgh, PA 15238

To unsubscribe, click here

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**Subject**: Trying To Make Money With An Invention Idea?
**From**: Davison <updates@expectcarecare.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thursday, June 17, 2021 1:05:49 PM GMT+03:00
**Date Received**: Thursday, June 17, 2021 1:14:39 PM GMT+03:00

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

Pursue Your Idea Today - Let Us Help!



## We Are Passionate About Your Idea & Invention

At Davison, we quickly transform inventors' ideas from a simple pencil sketch to a full-scale professional product sample. Within our state-of-the-art in-house invention factory, we will protect and economically design your product idea or invention into a real product sample. Our team is ready to research, build and present your idea to corporations for possible licensing. **Our products have sold in over 1,000 stores including Walmart, Target, Home Depot, QVC, and Sears.**

"Davison helped us turn an idea into an actual product. They taught us the process from concept to reality and we worked together every step of the way. Our patience and trust in Davison was worth the time."
— Louisa and Gina

Click here to securely

### Submit Your Idea!

Davison's research, development and presentation services are provided for an upfront fee paid by the client and a contingent fee, or a percentage of royalties obtained by the client, if any. New product development is an uncertain endeavor and the use of Davison's services typically does not result in a license agreement, sales on any market or profit to the inventor. Davison does not perform analysis of the feasibility, marketability, patentability or profitability of ideas submitted to it.

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

Davison - 595 Alpha Drive Pittsburgh, PA 15238
You are subscribed, if you wish to opt-out please Go Here

To unsubscribe, click here

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**Subject**: Don't Just Think About You Invention Idea - Make It A Reality.
**From**: Davison <contact@nationalshoppersurvey.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sunday, June 13, 2021 9:27:08 AM GMT+03:00
**Date Received**: Sunday, June 13, 2021 9:27:38 AM GMT+03:00

Click here to view this message in a browser window.

# LET'S TAKE YOUR IDEA TO THE NEXT LEVEL!!

**For 30 YEARS Davison has helped inventors & idea people just like you take their new product ideas to a new level!**

**YOU CAN START INVENTING WITH THE DAVISON TEAM, TOO.**

**HIT THE BUTTON BELOW TO JUMP-START YOUR IDEA!**
**SUBMIT YOUR IDEA, TODAY!**

**JUMP-START YOUR IDEA**



To opt-out please go here
595 Alpha Drive Pittsburgh, PA 15238

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

To unsubscribe, [click here](#)

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**Subject**: New Product Ideas Wanted
**From**: Davison <contact@nationalshoppersurvey.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Monday, June 28, 2021 5:17:59 AM GMT+03:00
**Date Received**: Monday, June 28, 2021 5:19:29 AM GMT+03:00



Davison designed products have sold in over 1200 stores and online retailers.

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

    

    

    

Davison charges fees for services. Davison's service typically does not result in a license agreeement, sales on any market or profit to the inventor.

To Opt-out please go here

595 Alpha Drive Pittsburgh, PA 15238

To unsubscribe, click here

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**Subject**: We challenge you to pursue your idea.
**From**: Davison <info@jobsharknl.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sunday, July 11, 2021 1:28:05 AM GMT+03:00
**Date Received**: Sunday, July 11, 2021 1:28:07 AM GMT+03:00

CONFIDENTALITY GUARENTEED!.

# IDEAS WANTED!



For over 30 years, Davison has helped inventors and idea people just like you turn their ideas into reality! Now it's your turn to work with this family owned and operated business.

We welcome you to the world of inventing and invite you to securely submit your product idea using our Idea Security Agreement!

Don't regret the time you lost thinking about what to do.
**SECURELY SUBMIT YOUR IDEA!**

Get a FREE Idea Starter Guide and a NO-COST Consultation.



Consultation and starter guide are free.
Fees are charged only for services you choose.

<span style="color:red">Case ID: 230200202</span>

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

To unsubscribe please go here
595 Alpha Drive Pittsburgh, PA 15238

Unsubscribe

Job Shark PO Box 10186-85919 Newark, New Jersey 07101 United States

Case ID: 230200202

**Subject**: We challenge you to pursue your idea.
**From**: Davison <info@jobsharknl.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tuesday, July 6, 2021 1:17:05 AM GMT+03:00
**Date Received**: Tuesday, July 6, 2021 1:17:07 AM GMT+03:00

CONFIDENTALITY GUARENTEEDI.

# IDEAS WANTED!



For over 30 years, Davison has helped inventors and idea people just like you turn their ideas into reality! Now it's your turn to work with this family owned and operated business.

We welcome you to the world of inventing and invite you to securely submit your product idea using our Idea Security Agreement!

Don't regret the time you lost thinking about what to do.
**SECURELY SUBMIT YOUR IDEA!**

Get a FREE Idea Starter Guide and a NO-COST Consultation.



Consultation and starter guide are free.
Fees are charged only for services you choose.

Case ID: 230200202

To unsubscribe please go **here**
595 Alpha Drive Pittsburgh, PA 15238

Unsubscribe

Job Shark PO Box 10186-65919 Newark, New Jersey 07101 United States

Case ID: 230200202

**Subject**: Don't wait to create, make your ideas reality
**From**: Davison <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tuesday, July 6, 2021 12:18:25 PM GMT+03:00
**Date Received**: Tuesday, July 6, 2021 12:48:27 PM GMT+03:00



Davison designed products have sold in over 1200 stores and online retailers.

    
   

<span style="color:red">Case ID: 230200202</span>



Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857



Davison charges fees for services. Davison's service typically does not result in a license agreeement, sales on any market or profit to the inventor.

To unsubscribe please go here
595 Alpha Drive Pittsburgh, PA 15238

Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

**Subject**: Don't wait to create, make your ideas reality
**From**: Davison <delivered@emails-jobs-delivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Friday, July 2, 2021 2:19:24 AM GMT+03:00
**Date Received**: Friday, July 2, 2021 2:19:26 AM GMT+03:00



Davison designed products have sold in over
1200 stores and online retailers.

    

   

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857



Davison charges fees for services. Davison's service typically does not result
in a license agreeement, sales on any market or profit to the inventor.

To unsubscribe please go here
595 Alpha Drive Pittsburgh, PA 15238

Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**Subject**: Don't wait to create, make your ideas reality
**From**: Davison <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thursday, July 22, 2021 10:22:32 PM GMT+03:00
**Date Received**: Thursday, July 22, 2021 10:22:34 PM GMT+03:00



Davison designed products have sold in over 1200 stores and online retailers.

    

   

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857






Davison charges fees for services. Davison's service typically does not result in a license agreeement, sales on any market or profit to the inventor.

To unsubscribe please go here
595 Alpha Drive Pittsburgh, PA 15238

Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**Subject**: Ideas & Inventions Wanted
**From**: Davison <contact@entirelybelieve.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tuesday, June 29, 2021 11:41:37 PM GMT+03:00
**Date Received**: Tuesday, June 29, 2021 11:41:52 PM GMT+03:00



    

    

    

Davison charges fees for services. Davison's service typically does not result in a license agreeement, sales on any market or profit to the inventor.

To opt-out please go here
595 Alpha Drive Pittsburgh, PA 15238

To unsubscribe, click here

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**Subject**: Ideas & Inventions Wanted
**From**: Davison <newsletter@rumorfox.com>
**To**: Joshua Lapin <ketosoup97@gmail.com>
**Date Sent**: Sunday, June 20, 2021 4:07:04 AM GMT+03:00
**Date Received**: Sunday, June 20, 2021 4:18:53 AM GMT+03:00

Turn Your Idea into a Product - 100% Confidential



**IDEA EVOLUTION**

"but that's already been **invented**..."

2011          2012          2013

By definition, evolution is the process of gradual and continuous change or development. In many respects the same can be said for inventing. All inventions are not brand new ideas. Many new products evolve from one model to another; advancing their design, capabilities and function.

At Davison, our Inventing Method is applied to helping products and ideas evolve. If you have a new or product improvement idea, we'd like to speak with you about it. We build ideas into products and present them to corporations. Our products have sold in Lowe's, Bed Bath & Beyond, Crate & Barrel, Jo-Ann Fabrics, Walmart and over 1,000 more.

Submit your idea today ▶



DAVISON
MAKING IDEAS

At Davison, our Inventing Method is applied to helping products and ideas evolve. If you have a new or product improvement idea, we'd like to speak with you about it. We build ideas into products and present them to corporations. Our products have sold in Lowe's, Bed Bath & Beyond, Crate & Barrel, Jo-Ann Fabrics, Walmart and over 1,000 more.

If you would no longer like to receive advertisement from us, click here

Or write to: | 595 Alpha Drive Pittsburgh, PA 15238

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**Subject**: Ideas & Inventions Wanted
**From**: Davison <newsletter@rumorfox.com>
**To**: Joshua Lapin <ketosoup97@gmail.com>
**Date Sent**: Friday, June 25, 2021 5:25:24 AM GMT+03:00
**Date Received**: Friday, June 25, 2021 5:40:09 AM GMT+03:00

Turn Your Idea into a Product - 100% Confidential

# IDEA EVOLUTION



| OIL LAMP 4500 BC | CANDLE 200 BC | INCANDESCENT 1879 | GAS LIGHTING 1922 | INCANDESCENT 1928 | SCREW-IN FLOURESCENT 2000 | LED 2009 |

### "but that's already been invented..."

2011                    2012                    2013

By definition, evolution is the process of gradual and continuous change or development. In many respects the same can be said for inventing. All inventions are not brand new ideas. Many new products evolve from one model to another; advancing their design, capabilities and function.

**At Davison, our Inventing Method is applied to helping products and ideas evolve.** If you have a new or product improvement idea, we'd like to speak with you about it. We build ideas into products and present them to corporations. Our products have sold in Lowe's, Bed Bath & Beyond, Crate & Barrel, Jo-Ann Fabrics, Walmart and over 1,000 more.

Submit your idea today ▶



DAVISON
MAKING IDEAS

At Davison, our Inventing Method is applied to helping products and ideas evolve. If you have a new or product improvement idea,  we'd like to speak with you about it. We build ideas into products and present them to corporations. Our products have sold in Lowe's, Bed Bath & Beyond, Crate & Barrel, Jo-Ann Fabrics, Walmart and over 1,000 more.

If you would no longer like to receive advertisement from us, click here

Or write to: | 595 Alpha Drive Pittsburgh, PA 15238

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe

Case ID: 230200202
Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**Subject**: Ideas & Inventions Wanted
**From**: Davison <newsletter@rumorfox.com>
**To**: Joshua Lapin <ketosoup97@gmail.com>
**Date Sent**: Saturday, July 3, 2021 1:40:43 AM GMT+03:00
**Date Received**: Saturday, July 3, 2021 1:52:17 AM GMT+03:00

Turn Your Idea into a Product - 100% Confidential



"but that's already been **invented...**"

| 2011 | 2012 | 2013 |

By definition, evolution is the process of gradual and continuous change or development. In many respects the same can be said for inventing. All inventions are not brand new ideas. Many new products evolve from one model to another; advancing their design, capabilities and function.

**At Davison, our Inventing Method is applied to helping products and ideas evolve.** If you have a new or product improvement idea, we'd like to speak with you about it. We build ideas into products and present them to corporations. Our products have sold in Lowe's, Bed Bath & Beyond, Crate & Barrel, Jo-Ann Fabrics, Walmart and over 1,000 more.

**Submit your idea today** ▶



DAVISON
MAKING IDEAS

At Davison, our Inventing Method is applied to helping products and ideas evolve. If you have a new or product improvement idea, we'd like to speak with you about it. We build ideas into products and present them to corporations. Our products have sold in Lowe's, Bed Bath & Beyond, Crate & Barrel, Jo-Ann Fabrics, Walmart and over 1,000 more.

If you would no longer like to receive advertisement from us, click here

Or write to: | 595 Alpha Drive Pittsburgh, PA 15238

Case ID: 230200202

Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe

Case ID: 230200202
Doc ID: 83577e5ba1630d401fa74ec0779f50d40ac78857

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**COURT OF COMMON PLEAS OF PHILADELPHIA**

*Filed and Attested by the*
*Office of Judicial Records*
*19 MAR 2023 04:37 pm*
*B. MERCEDES*

Plaintiff:

Joshua Lapin

Defendants:

Nutrisystem Inc
Davison Design & Development Inc
Renown Holdings Inc

Case No. 230200202

## NOTICE TO DEFEND

### NOTICE

**You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.**

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

**Philadelphia Bar Association**
**Lawyer Referral**
**and Information Service**
**One Reading Center**
**Philadelphia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

### AVISO

**Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.**

*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

**Asociacion De Licenciados**
**De Filadelfia**
**Servicio De Referencia E**
**Informacion Legal**
**One Reading Center**
**Filadelfia, Pennsylvania 19107**
**(215) 238-6333**
**TTY (215) 451-6197**

Case ID: 230200202

**Exhibit "2"**

DocuSign Envelope ID: 057C6E9E-6CAA-469B-87E5-E754E2412C0E

USTED ESTA ORDENADO COMPARECER EN Arbitration Hearing 1880 JFK Blvd. 5th fl. at 09:15 AM - 12PM PRAECIPE FOR WRIT OF SUMMONS
You must still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEFENDERSE.
This matter will be heard by a Board of Arbitrators at the time, date and place specified but, if one or more parties is not present
at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties.
There is no right to a trial denovo on appeal from a decision entered by a Judge.

## Commonwealth of Pennsylvania
### COUNTY OF PHILADELPHIA

Filed and Attested by the
Office of Judicial Records
01 FEB 2023 02:11 pm
C. PERRY

COURT OF COMMON PLEAS
Trial Division

Joshua Lapin

401 E 8th St STE 214 PMB 7452

Sioux Falls SD 57103

_____TERM, 20\_\_\_\_\_

NO._____

Plaintiff(s) Name(s) & Address(es)

VS

Nutrisystem, Inc Address: Nutrisystem, Inc C/O Corporation Service Company 2595 Interstate Dr #103, Harrisburg, PA 17110

Davison Design & Development, Inc 595 Alpha Dr Pittsburgh, PA 15238-2911

Renown Holdings Inc 1165 National Pike Uniontown, PA 15401

Defendant(s) Name(s) & Address(es)

## PRAECIPE FOR WRIT OF SUMMONS

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly issue a Writ of Summons in the above captioned civil action.

Date: 02/1/23

*JOSHUA A LAPIN*
C443437C44A04F5...

*Signature of Attorney or Plaintiff(s)*

Joshua Lapin

Print Name

401 E 8th St STE 214 PMB 7452

Address

Sioux Falls SD 57103

(714) 654-8886

Phone Number

Case ID: 230200202

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

Joshua Lapin
_____
*Plaintiff*

:    COURT OF COMMON PLEAS
:
:    _____Term, 20_____
:
Nutrisystem Inc  **vs.** :
Davison Design & Development Inc :
Renown Holdings Inc :   No._____
_____ :
*Defendant*

To[1]

Nutrisystem Inc
_____
Davison Design & Development Inc
Renown Holdings Inc
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Joshua Lapin
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____



230200202
01 FEB 2023 02:11 pm
C. PERRY

10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 230200202

Case ID: 230200202

# Court of Common Pleas

_____ Term, 20 _____

No. _____

Joshua Lapin

*Plaintiff*

vs.

Davison Design & Development Inc
Renown Holdings Inc
Nutrisystem Inc

*Defendant*

# SUMMONS

**Exhibit "3"**



*Filed and Attested by the
Office of Judicial Records
17 FEB 2023 01:15 pm
G. IMPERATO*

# IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY,
## COMMONWEALTH OF PENNSYLVANIA

JOSHUA LAPIN,

      Plaintiff,

v.

NUTRISYSTEM, INC; DAVISON
DESIGN & DEVELOPMENT, INC.; and
RENOWN HOLDINGS, INC.,

      Defendants.

CIVIL DIVISION

No. 230200202

**PRAECIPE FOR RULE TO FILE
COMPLAINT**

Code: _____

Filed on Behalf of:
Defendant Renown Holdings, Inc.

Counsel of record for this party:

Ronald L. Hicks, Jr., Esq.
PA ID #49520
rhicks@porterwright.com

PORTER WRIGHT MORRIS & ARTHUR LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235.4500

Case ID: 230200202

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY,
COMMONWEALTH OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSHUA LAPIN, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 230200202 |
| | ) | |
| NUTRISYSTEM, INC; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## PRAECIPE FOR RULE TO FILE COMPLAINT

TO THE OFFICE OF JUDICIAL RECORDS:

Pursuant to Pennsylvania Rule of Civil Procedure 1037(a), kindly issue a rule upon Plaintiff to file a complaint in the above captioned civil action.

Respectfully Submitted,

Dated: February 17, 2023

/s/ *Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr. (PA ID #49520)
rhicks@porterwright.com

PORTER WRIGHT MORRIS & ARTHUR LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
412-235-4500

*Attorneys for Defendant
Renown Holdings, Inc.*

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY,
COMMONWEALTH OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSHUA LAPIN, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 230200202 |
| | ) | |
| NUTRISYSTEM, INC; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## RULE TO FILE COMPLAINT

TO:   Plaintiff, Joshua Lapin

AND NOW, this _____ day of February, 2023, a Rule is hereby granted upon Plaintiff to file a Complaint herein within twenty (20) days after service hereof or suffer the entry of Judgment of Non Pros.

_____

Office of Judicial Records



230200202
17 FEB 2023 01:15 pm
G. IMPERATO

Case ID: 230200202

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **PRAECIPE** was served via electronic

mail and First Class Mail, postage prepaid, on this 17th day of February 2023, to:

Joshua Lapin
401 E. 8th St., Suite 214 PMB 7452
Sioux Falls, SD 57103
thehebrewhammerjosh@gmail.com


*/s/ Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr. (PA ID #49520)
rhicks@porterwright.com
PORTER WRIGHT MORRIS & ARTHUR LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
412-235-4500

*Attorneys for Defendant*
*Renown Holdings, Inc.*

22079827

## CERTIFICATE OF COMPLIANCE

I certify this filing complies with the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Dated: February 17, 2023

/s/ Ronald L. Hicks, Jr.
Ronald L. Hicks, Jr. (PA ID #49520)
rhicks@porterwright.com

PORTER WRIGHT MORRIS & ARTHUR LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
412-235-4500

*Attorneys for Defendant*
*Renown Holdings, Inc.*

22079827

**Exhibit "4"**



A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 230200202 |
| **Case Caption:** | LAPIN VS NUTRISYSTEM INC ETAL |
| **Filing Date:** | Wednesday, February 01st, 2023 |
| **Court:** | ARBITRATION |
| **Location:** | CITY HALL |
| **Jury:** | NON JURY |
| **Case Type:** | PERSONAL INJURY - OTHER |
| **Status:** | ARBITRATION HEARING SCHEDULED |

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| ARBITRATION HEARING | 05-DEC-2023 09:15 AM | ARBITRATION CENTER | 1880 JFK BLVD 5TH FLOOR | *unassigned* |

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PRO SE FILER | LAPIN, JOSHUA A |
| **Address:** 401 E 8TH ST STE 214 PMB 7452 SIOUX FALLS SD 57103 (714)654-8886 | | **Aliases:** *none* | | |
| | | | | |
| 2 | 1 | | PLAINTIFF | LAPIN, JOSHUA A |
| **Address:** 401 E 8TH ST STE 214 PMB 7452 SIOUX FALLS SIOUX FALLS SD 57103 | | **Aliases:** *none* | | |
| | | | | |

| 3 | | | DEFENDANT | NUTRISYSTEM INC |
|---|---|---|---|---|
| **Address:** | 2595 INTERSTATE DRIVE #103 HARRISBURG PA 17110 | **Aliases:** | NUTRISYSTEM | |

| 4 | | | DEFENDANT | DAVISON DESIGN & DEVELOPMENT INC |
|---|---|---|---|---|
| **Address:** | 585 ALPHA DR PITTSBURGH PA 1523 | **Aliases:** | DAVISON | |

| 5 | 7 | | DEFENDANT | RENOWN HOLDINGS INC |
|---|---|---|---|---|
| **Address:** | 1165 NATIONAL PIKE UNIONTOWN PA 15401 | **Aliases:** | RENOWN HOLDINGS | |

| 6 | | | MOTION ASSIGMENT JUDGE | JACQUINTO, CARMELLA |
|---|---|---|---|---|
| **Address:** | Stout Center 1205 PHILADELPHIA PA 19107 (215)683-7032 | **Aliases:** | *none* | |

| 7 | | | ATTORNEY FOR DEFENDANT | HICKS JR, RONALD L |
|---|---|---|---|---|
| **Address:** | NELSON MULLINS 6 PPG PLACE, SUITE 700 PITTSBURGH PA 15222 (412)730-3092 ronald.hicks@nelsonmullins.com | **Aliases:** | *none* | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 01-FEB-2023 02:11 PM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2302000836 | | |
| | | | |
| 01-FEB-2023 | COMMENCEMENT OF CIVIL | LAPIN, JOSHUA A | |

| 02:11 PM | ACTION | | |
|---|---|---|---|
| **Documents:** | Final Cover | | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 01-FEB-2023 02:11 PM | PRAE TO ISSUE WRIT OF SUMMONS | LAPIN, JOSHUA A | |
| **Documents:** | Complete_with_DocuSign_Praecipe-for-Writ-of-.pdf | | |
| **Docket Entry:** | PRAECIPE TO ISSUE WRIT OF SUMMONS FILED. WRIT OF SUMMONS ISSUED. | | |
| | | | |
| 02-FEB-2023 09:16 AM | ARBITRATION HEARING SCHEDULED | | |
| **Docket Entry:** | SCHEDULED FOR ARBITRATION HEARING ON DECEMBER 5, 2023, AT 09:15 AM AT THE ARBITRATION CENTER, 1880 JFK BLVD 5TH FLOOR. | | |
| | | | |
| 17-FEB-2023 10:22 AM | ENTRY OF APPEARANCE | HICKS JR, RONALD L | |
| **Documents:** | Entry of Appearance.pdf | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF RONALD L HICKS FILED. (FILED ON BEHALF OF RENOWN HOLDINGS INC) | | |
| | | | |
| 17-FEB-2023 01:15 PM | RULE TO FILE COMPLAINT | HICKS JR, RONALD L | |
| **Documents:** | Praecipe for Rule to File Complaint - Renown Holdings_Lapin.pdf | | |
| **Docket Entry:** | PRAECIPE AND RULE FILED UPON JOSHUA A LAPIN TO FILE A COMPLAINT WITHIN TWENTY (20) DAYS OR SUFFER JUDGMENT OF NON PROS FILED. (FILED ON BEHALF OF RENOWN HOLDINGS INC) | | |
| | | | |
| 21-FEB-2023 02:23 PM | OBJECTIONS FILED | HICKS JR, RONALD L | |
| **Documents:** | Objections to Subpoenas Pursuant to Rule 4009.21.pdf | | |
| **Docket Entry:** | OBJECTIONS TO SUBPOENA PURSUANT TO RULE 4009.21 FILED. (FILED ON BEHALF OF RENOWN HOLDINGS INC) | | |
| | | | |
| 19-MAR-2023 04:37 PM | COMPLAINT FILED NOTICE GIVEN | LAPIN, JOSHUA A | |

| **Documents:** | PA_Case_Original_Complaint_With_Exhibits_Signed.pdf<br>Notice-to-Defend-10-284.pdf |
|---|---|
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF JOSHUA A LAPIN) ENTRY OF APPEARANCE FILED ON BEHALF OF JOSHUA A LAPIN. |

▶ Case Description     ▶ Related Cases     ▶ Event Schedule     ▶ Case Parties     ▶ Docket Entries

E-Filing System     Search Home     Return to Results

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **NOTICE** was served via electronic mail and First Class Mail, postage prepaid, on this 7th day of April 2023, to:

Joshua Lapin
401 E. 8th St., Suite 214 PMB 7452
Sioux Falls, SD 57103
thehebrewhammerjosh@gmail.com

*/s/ Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr. (PA ID #49520)
ronald.hicks@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
Six PPG Place, Suite 700
Pittsburgh, PA 15222
(412) 730-4050

*Attorneys for Defendant*
*Renown Holdings, Inc.*